

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-17-00516-CV

**IN RE** Robert B. **CAIRNS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On August 10, 2017, Relator filed a petition for writ of mandamus and "Motion for Stay and Temporary Relief." Relator's Motion for Stay and Temporary Relief is DENIED.

It is so **ORDERED** on August 11, 2017.

PER CURIAM

ATTESTED TO: _____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2012-CI-11471, styled *In the Interest of Averie Noel Cairns and Hailey Claire Cairns*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.